LOUIS VETAULT, Respondent, *v.* ANNE KENNEDY, Appellant.

*Vetault v. Kennedy,* 178 App. Div. 228, affirmed.
(Argued March 17, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 29, 1917, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee. The action was to recover for merchandise, labor and material alleged to have been furnished defendant by plaintiff at her request. The answer consisted of a general denial and a separate defense .setting up the Statute of Limitations. Defendant contended that the claim should have been made against her husband and not against her. The referee held that the defendant was bound by the acts of her husband, who in the transactions covered by the complaint was her agent and that payments on account had taken the case out of the Statute of Limitations.

*Frank A. Gaynor* and *John Thomas Smith* for appellant.
*Harry G. Stephens* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and CRANE, JJ.